UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CREGG A. SNYDER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.4:12CV782SNLJ/SPM |
| | ) | |
| CAROLYN W. COLVIN[1], | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER AND JUDGMENT

Having received no objections thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation of United States Magistrate Judge Shirley Padmore Mensah [20], filed August 16, 2013 be and is **SUSTAINED, ADOPTED,** and **INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the final decision of the Commissioner denying the plaintiff's application for disability benefits be and is **REVERSED**.

**IT IS FINALLY ORDERED, ADJUDGED, AND DECREED** that pursuant to Sentence Four of 42 U.S.C. §405(g), this case is **REMANDED** to the Commissioner for reconsideration and further proceedings consistent with the Magistrate Judge's Report and Recommendation [20]. Specifically, on remand, the ALJ should clarify his findings regarding the plaintiff's RFC and should ensure that the hypothetical question posed to the vocational expert (VE) includes all of the impairments as noted in the RFC. This Court does not retain jurisdiction of this case.

---

[1] On February 14, 2013 Carolyn W. Colvin became the Acting Commissioner of Social Security; thereby, replacing Michael J. Astrue as defendant Commissioner of Social Security.

Dated this  25th  day of September, 2013.

                                             UNITED STATES DISTRICT JUDGE